Enrique REYES, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 05–60862.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 12, 2006.

Jose M. Guerrero, San Antonio, TX, for
Petitioner.

Thomas Ward Hussey, Director, U.S.
Department of Justice Office of Immigration Litigation, Washington, DC, Gary
Layton Anderson, U.S. Attorney's Office
Western District of Texas, San Antonio,
TX, E.M. Trominski, District Director,
U.S. Immigration & Naturalization Service
District Directors Office, Harlingen, TX,
Caryl G Thompson, U.S. Immigration &
Naturalization Service District Directors
Office, New Orleans, LA, for Respondent.

Alberto R Gonzales, U.S. Department of
Justice, Washington, DC, pro se.

Before JOLLY, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Enrique Reyes, a native and citizen of
Honduras, petitions this court to review
the decision of the Board of Immigration
Appeals denying his application for asylum, withholding of removal, and relief under the Convention Against Torture

(CAT). Reyes argues that he demonstrated past persecution because of his political
opinion and that he would likely be persecuted on that basis in Honduras in the
future. He also argues that he is entitled
to relief under the CAT.

After reviewing the record, we conclude
that substantial evidence supports the
finding that Reyes and his wife were not
persecuted because of their political beliefs. Likewise, substantial evidence supports the finding that Reyes is not likely
to be persecuted because of his political
opinion upon his removal to Honduras.
Accordingly, we affirm the denial of his
applications for asylum and withholding of
removal. *See* 8 U.S.C. §§ 1101(a)(42)(A),
1231(b)(3); *Mikhael v. INS*, 115 F.3d 299,
302 (5th Cir.1997); *Chun v. INS*, 40 F.3d
76, 78 (5th Cir.1994). We also find that
substantial evidence supports the determination that Reyes was not entitled to relief
under the CAT because he did not establish that the Honduran government is likely to instigate or condone his torture. *See*
8 C.F.R. §§ 208.16(c)(2), 208.18(a)(1);
*Zhang v. Gonzales*, 432 F.3d 339, 344 (5th
Cir.2005).

The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.